**CLARK et al. v. PURE OIL CO. et al.**
No. 1377—6003.

Commission of Appeals of Texas, Section B.
Feb. 1, 1933.

See, also, 35 S.W.(2d) 488, 838; 37 S.W.(2d) 1083; 40 S.W.(2d) 962; 56 S.W.(2d) 850, 852, 853.

Beall & Beall, of Sweetwater, and McEntire, Shields & Elam, of Canton, for plaintiffs in error.

Vinson, Elkins, Sweeton & Weems, C. A. Sweeton, and David T. Searls, all of Houston, and Wynne & Wynne, of Wills Point, for defendants in error.

RYAN, J.

Application for writ of error was granted on July 22, 1931, conditioned upon the filing by applicants of a bond in the sum of $200 to pay the costs of the Supreme Court, the Court of Civil Appeals, and the district court, payable to the adverse parties in accordance with law.

Such a bond has never been filed, and we therefore recommend that writ of error herein be dismissed.

CURETON, C. J.

Writ of error is dismissed, as recommended by the commission.